## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LOUIS DREYFUS COMMODITIES SUISSE, SA** | **CIVIL ACTION NO. 14-05995** |
| **Plaintiff** | |
| v. | |
| **FINANCIAL SOFTWARE SYSTEMS, INC.** | |
| **Defendant** | |

## ORDER

**AND NOW**, this 17th day of February, 2015, upon consideration of the Motion to

Dismiss filed by Defendant Financial Software Systems, Inc. ("FSS") (Doc. No. 5), the Response

in Opposition filed by Plaintiff Louis Dreyfus Commodities Suisse, SA ("Dreyfus") (Doc. No.

7), the Reply filed by FSS (Doc. No. 10), and the Sur-reply filed by Dreyfus (Doc. No. 13), it is

**ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Gerald J. Pappert
GERALD J. PAPPERT, J.