IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS DREYFUS COMMODITIES SUISSE, SA<br><br>            **Plaintiff**<br><br>   v.<br><br>FINANCIAL SOFTWARE SYSTEMS, INC.<br><br>            **Defendant** | CIVIL ACTION<br>NO. 14-05995 |

## ORDER

**AND NOW**, this 9th day of October, 2015, upon consideration of Plaintiff's Motion for Summary Judgment (Doc. No. 30), Defendant's Motion for Summary Judgment (Doc. No. 31), all briefs filed in support of or opposition to those motions (Doc. Nos. 32, 35, 37, 38), and the undisputed material facts of record, it is **ORDERED** that:

1. Plaintiff's Motion is **GRANTED**;

2. Defendant's Motion is **DENIED**;

3. The January 18, 2013 judgment issued in favor Louis Dreyfus Commodities Suisse SA and against Financial Software Systems, Inc. by the High Court of Justice, Queen's Bench Division, Manchester District Registry, Mercantile Court, Manchester, United Kingdom is **RECOGNIZED AS VALID** pursuant to Pennsylvania's Uniform Foreign Money Judgment Recognition Act, 42 P.S. §§ 22001, et seq.

4. Plaintiff's request for an award of attorneys' fees is **DENIED**.

                                      BY THE COURT:

                                      */s/ Gerald J. Pappert*
                                      GERALD J. PAPPERT, J.