IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUIS DREYFUS COMMODITIES SUISSE, SA, <br><br>*Plaintiff,*<br><br>v.<br><br>FINANCIAL SOFTWARE SYSTEMS, INC.,<br><br>*Defendant.* | CIVIL ACTION<br>NO. 14-5995 |

## **ORDER**

**AND NOW**, this 7th day of July, 2017, upon consideration of Plaintiff's Motion for Supplementary Relief in Aid of Execution, (ECF No. 59), and Defendant's Response in Opposition (ECF No. 60), it is hereby **ORDERED** that the Motion is **DENIED** without prejudice.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.