## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LOUIS DREYFUS COMMODITIES
SUISSE, SA,

    *Plaintiff,*

  v.

FINANCIAL SOFTWARE SYSTEMS,
INC.,

    *Defendant.*

CIVIL ACTION
NO. 14-5995

## <u>ORDER</u>

AND NOW, this 27th day of February, 2020, upon consideration of Plaintff Louis
Dreyfus Commodities, Inc.'s motion to compel production of documents in aid of
execution (ECF No. 106), the opposition of Defendant Financial Software Systems, Inc.
("FSS") (ECF No. 125.) and Dreyfus's reply (ECF Nos. 148 and 149), and consistent
with the accompanying memorandum of law, it is **ORDERED** that the motion is
**GRANTED in part** and FSS shall, on or before March 20, 2020, produce the following
documents to Dreyfus's counsel at his offices:

  1)  any agreements FSS had as of July 5, 2018 with its customers to provide

     services or license software to those customers, including but not limited

     to Spectrum (Front, Middle and Back), Spectrum Treasury CashTrack,

     Spectrum Warehouse and Spectrum Technology, as well as any other

     contracts related to customers identified in the receivables list that FSS

     produced to Dreyfus on June 29, 2019; and

  (2)  copies of invoices FSS issued for services it rendered to customers

identified in the June 29, 2019 receivables list.

It is **FURTHER ORDERED** that upon consideration of FSS's motion for a protective order seeking to preclude the production of documents by Branch Banking and Trust Company ("BB&T") (ECF No. 153) and Dreyfus's response (ECF No. 154), FSS's motion is **DENIED**.

BY THE COURT:


***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.